

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2021

No. 04-21-00407-CV

**JAMES PRESERVATION TRUST**, Eric F. James d/b/a Stray Leaves, Leaves of Gas,
Appellants

v.

Rob **BURLEY**, Burley Auction Group, Inc., Lois Gibson, and Terry Verburgt,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0136-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Appellants seek to appeal an order granting a motion for summary judgment. This order does not appear to dispose of all claims between the parties, and no severance order appears in the record. An order that does not dispose of all parties and causes of action is not final and appealable. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

Additionally, assuming arguendo the summary judgment order is final, it was signed on May 19, 2021. Because appellants timely filed a motion for new trial, the notice of appeal was due by August 17, 2021. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due by September 1, 2021. *See* TEX. R. APP. P. 26.3. Appellants filed their notice of appeal on September 15, 2021. Appellants filed a motion for extension on November 8, 2021. "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *See Verburgt v. Dorne*r, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26).

We **ORDER** appellants to show cause why this appeal should not be dismissed for lack of jurisdiction **by December 3, 2021**. Appellants' response must address both defects identified above. If appellants fail to satisfactorily respond to this order by the date ordered, this appeal will be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3. All other appellate deadlines are suspended until further order of this court.



Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2021.

MICHAEL A. CRUZ, Clerk of Court